Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 58743.**—Rattancraft of California and James Loudon & Co., Inc. *v.* United States, protest 226707–K (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 58744.**—Modernophone, Inc., and H. S. Dorf & Co., Inc., et al. *v.* United States, protests 167434–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.

**No. 58745.**—The London Gramophone Corp. *v.* United States, protests 229106–K, etc. (New York).